UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HASAN MALIK DAVIS, | Case No.: 3:22-cv-00326-RCJ-CSD |
| Plaintiff | **Order** |
| v. | |
| RENO POLICE DEPARTMENT, RPD # 0092392C, | |
| Defendants | |

When Plaintiff filed this action, he was an inmate in the custody of the Washoe County Detention Facility (WCDF). He filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1.)

An inmate must pay the filing fee or submit an application to proceed *in forma pauperis* (IFP) that is accompanied by a financial certificate and certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2). Plaintiff filed an IFP application, but it did not include the required inmate account statement. As such, the court denied Plaintiff's IFP application without prejudice, and gave him 30 days to file a completed IFP application with the required documents or pay the filing fee. (ECF No. 8.)

That order was returned as undeliverable. However, on October 6, 2022, Plaintiff filed a notice of change of address indicating he is no longer in custody. (ECF Nos. 9, 10.)

As such, the Clerk shall **SEND** Plaintiff the instructions and application to proceed IFP for a **non-inmate**. Plaintiff has 30 days to submit a completed IFP application or pay the full $402 filing fee (consisting of the $350 filing fee and $52 administrative fee). The court will

address Plaintiff's pending motions at that time. If Plaintiff fails to timely file a completed, updated IFP application or pay the filing fee, it will be recommended that this action be dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: November 7, 2022

_____
Craig S. Denney
United States Magistrate Judge