UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HASAN MALIK DAVIS,<br><br>       Plaintiff,<br><br>v.<br><br>RENO POLICE DEPARTMENT,<br>RPD #0092392C,<br><br>       Defendants. | 3:22-cv-00326-RCJ-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 21 |

  Before the court is Plaintiff's Motion to Resend All Proceedings to New Address (ECF No. 21).

  The court will not resend copies of all documents filed in this case to Plaintiff's new address. Plaintiff is advised that if he wishes to have a copy of court filings, he will have to pay for them in advance. The Clerk's Office charges 10¢ per page to reproduce any document from the court's filing system.

  **IT IS HEREBY ORDERED** that Plaintiff's Motion to Resend All Proceedings to New Address (ECF No. 21) is **GRANTED IN PART** and **DENIED IN PART**.  The Clerk of Court shall send Plaintiff a courtesy copy of the docket sheet and the December 20, 2022, order (ECF No. 15) to Plaintiff's current address.

  DATED: February 14, 2023.

                  _____
                  UNITED STATES MAGISTRATE JUDGE