# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HASAN MALIK DAVIS,<br><br>  Plaintiff<br><br>v.<br><br>RENO POLICE DEPARTMENT, et al.,<br><br>  Defendants | Case No.: 3:22-cv-00326-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 51 |

Plaintiff has filed a motion seeking an order that the court send him a copy of the document and all filings in this case as he has been moved from the Washoe County Jail to Southern Desert Correctional Center (SDCC). (ECF No. 51.) Plaintiff's motion is **GRANTED IN PART** such that the Clerk shall **SEND** Plaintiff at SDCC a copy of the docket sheet as well as ECF Nos. 36, 38, 39, and 43.

Plaintiff shall review the docket sheet and then file a motion requesting any other particular filings that are reasonably necessary for him to continue to prosecute this case.

In addition, the court will extend the deadline for Plaintiff to serve Matt Durio to **August 30, 2024**. If Matt Durio is not served by that date or Plaintiff does not show good cause for the failure to serve Durio by that date, Durio will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: July 2, 2024

_____
Craig S. Denney
U.S. Magistrate Judge