# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HASAN MALIK DAVIS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RENO POLICE DEPARTMENT, et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-00326-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 54 |

Before the court is Plaintiff's Motion to Order the U.S. Marshal for Service. (ECF No. 54.) Plaintiff requests the court issue a summons for Defendant Matt Durio and have the U.S. Marshal effect service on this defendant.

**IT IS HEREBY ORDERED** that the Clerk of Court shall **ISSUE** a summons for Defendant Matt Durio (address Reno Police Department, 455 E. Second Street, Reno, Nevada 89502) and deliver the same to the U.S. Marshal for service. The Clerk also shall also SEND sufficient copies of the Third Amended Complaint (ECF No. 36) and this Order to the U.S. Marshal for service on Matt Durio. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **August 30, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED:  August 2, 2024.

_____
Craig S. Denney
United States Magistrate Judge